IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
(Boston Division)

JEAN CARLO VIERA-RODRIGUEZ,

Defendant-Petitioner,

v.                                             Dist. Ct. No. 1:09-cr-10393-NMG-13

UNITED STATES OF AMERICA,

Plaintff-Respondent.

2013 NOV -7 P 1:07

### PETITIONER FOR THE DISTRICT COURT TO ASSIGN A CIVIL ACTION NUMBER FOR PETITIONER'S TITLE 28 U.S.C. § 2255 WRIT OF HABEAS CORPUS MOTION TO VACATE, SET-ASIDE, AND/OR CORRECT HIS UNLAWFUL SENTENCE

&

### MOTION FOR PRODUCTION OF THE RECORD PURSUANT TO TITLE 28 U.S.C. § 753(f) & TITLE 28 U.S.C. § 2250 TO FILE PETITIONER'S § 2255 WRIT

**NOW COMES**, Defendant-Petitioner Jean Carlo Viera-Rodriguez, pursuant to Title 28 U.S.C. § 2255, filing for a writ of habeas corpus, for a "Motion to Vacate, Set-Aside And/Or Correct his unlawful sentence." He further, petition's the habeas court pursuant to Title 28 U.S.C. § 753(f) and § 2350, for the production of the Plea Agreement; Plea Allocution Hearing and Sentencing Transcript. In support, the following is submitted:

### I. Jurisdiction

This Court has conferred subject matter jurisdiction pursuant to Title 28 U.S.C. § 2255(a), which provides a federal prisoner with a vehicle to attack their convictions (1)one year after their conviction becomes final. In this case, it is unlcear to youw rit writer of the date this case became final because of the large volume of co-defendant's and your writ writer

*Motion denied as moot and Petition dismissed.*
*NMGorton, USDJ 12/7/16*